UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22390-CIV-UNGARO/O'SULLIVAN

FRANCIS MONTANO and all others
similarly situated,

        Plaintiff,

v.

MAGDA'S HOME CORPORATION
A/K/A MAGDA'S HOME CARE
MARIA T. GUERRERO,

        Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Plaintiff's Motion for Sanctions (DE # 15, 2/6/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to the Plaintiff's Motion for Sanctions (DE # 15, 2/6/08) on or before March 18, 2008.  It is further

ORDERED AND ADJUDGED that the counsel for the defendant shall update his

contact information, including address and e-mail address, with CM/ECF.

      DONE and ORDERED, in chambers, in Miami, Florida, this 4th day of March, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Ungaro
All Counsel of Record