UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-22390-CIV-O'SULLIVAN
**[CONSENT]**

FRANCIS MONTANO and all others
similarly situated,
    Plaintiff,
v.

MAGDA'S HOME CORPORATION
A/K/A MAGDA'S HOME CARE
MARIA T. GUERRERO,
    Defendants.
_____

## ORDER

  This matter came before the Court on Plaintiff's Motion for Partial Summary Judgment as to FLSA Jurisdiction (DE# 33, 11/10/08). Having reviewed the applicable filings and the law and having been advised by the defendant at the final pretrial conference that he did not object to the granting of the instant motion, it is

  ORDERED AND ADJUDGED that Plaintiff's Motion for Partial Summary Judgment as to FLSA Jurisdiction (DE# 33, 11/10/08) is **GRANTED**. The Court has jurisdiction over the instant case pursuant to 29 U.S.C. § 203(s)(1)(B) because the defendants are "engaged in the operation of . . . an institution primarily engaged in the care of the sick, the aged, or the mentally ill or defective who reside on the premises of such institution."

  DONE AND ORDERED, in Chambers, at Miami, Florida, this **11th** day of December, 2008.

               _____
               JOHN J. O'SULLIVAN
               UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record